# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 17-11456
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**
September 14, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                                        Plaintiff−Appellee,

versus

NEIL NICK RENE,

                                        Defendant−Appellant.

————————

Appeals from the United States District Court
for the Northern District of Texas
No. 4:12-CR-95-3

————————

Before SMITH, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

   Neil Rene, federal prisoner #26589-077, pleaded guilty of conspiracy to

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11456

possess with intent to distribute 50 kilograms or more of marihuana and conspiracy to launder monetary instruments. He was sentenced to concurrent terms of 151 months. He appeals the denial of his motion for reconsideration of the order denying his 18 U.S.C. § 3582(c)(2) motion for reduction in sentence.

The motion for reconsideration was filed more than 14 days after the ruling on the § 3582(c)(2) motion. The district court therefore lacked jurisdiction to act on the motion for reconsideration. *See United States v. Miramontez*, 995 F.2d 56, 58 n.2 (5th Cir. 1993); *United States v. Cook*, 670 F.2d 46, 48 (5th Cir. 1982); *see also United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994) (affirming the denial of an unauthorized postjudgment motion because the district court lacked jurisdiction). Accordingly, the order denying reconsideration is AFFIRMED.